**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UMOJA ERECTORS, LLC,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **D.A. NOLT, INC.** *and* **NORTH AMERICAN** | : | |
| **SPECIALTY INSURANCE COMPANT** | : | **No. 20-5046** |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this 15th day of March, 2021, upon consideration of North American Specialty Insurance Company's Motion to Dismiss Count IV of the Complaint (Doc. No. 6) and Plaintiff's failure to respond to the Motion, it is **ORDERED** that Plaintiff shall respond to the Motion (Doc. No. 6) on or before March 29, 2021 or the Court will review the Motion as unopposed.

**BY THE COURT:**

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1