# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UMOJA ERECTORS, LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| D.A. NOLT, INC. *and* NORTH AMERICAN | : | |
| SPECIALTY INSURANCE COMPANY, | : | No. 20-5046 |
| *Defendants* | : | |

## ORDER

AND NOW, this 31st day of March, 2021, upon consideration of North American Specialty Insurance Company's Motion to Dismiss Count IV of the Complaint (Doc. No. 6), the Court's prior order[1] (Doc. No. 7), and Plaintiff's failure to respond in opposition to the Motion, it is **ORDERED** that the Motion (Doc. No. 6) is **GRANTED**. North American Specialty Insurance Company is **DISMISSED** from this case.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Court granted Plaintiff an additional two weeks to respond, noting that, absent a response, it would review the Motion as unopposed.

1