IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UMOJA ERECTORS, LLC** | : | CIVIL ACTION |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| | : | |
| **D.A. NOLT, INC., et al.** | : | |
| *Defendant(s).* | : | NO.   20-5046 |

### NOTICE RESCHEDULING HEARING

The **FINAL PRETRIAL CONFERENCE** has been rescheduled to be held on **February 17, 2022**, at **3:00 p.m.** in **Chambers (Rm. 10613)** before the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: December 29, 2021**
**Copies sent via ECF notification.**