IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UMOJA ERECTORS, LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| D.A. NOLT, INC., | : | No. 20-5046 |
| *Defendant* | : | |

## ORDER

AND NOW, this 25th day of April, 2022, upon consideration of the parties' joint letter on April 21, 2022, it is **ORDERED** that the deadlines to submit the pre-trial documents are extended by 60 days. The Stipulation of Uncontested Facts, Proposed Findings of Fact and Conclusions of Law, Motions *in Limine*, and Trial Memoranda must be submitted by **June 24, 2022**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1