IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UMOJA ERECTORS, LLC** | : | CIVIL ACTION |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| | : | |
| **D.A. NOLT, INC., et al.** | : | |
| *Defendant(s).* | : | NO.  20-5046 |

## BENCH TRIAL NOTICE

A **BENCH TRIAL** has been scheduled to commence on **January 30, 2023**, at **9:30 a.m.** in **COURTROOM 10B** before the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: July 26, 2022**
**Copies sent via ECF notification.**