IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UMOJA ERECTORS, LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| D.A. NOLT, INC., | : | No. 20-5046 |
| *Defendant* | : | |

**ORDER**

**AND NOW**, this 17th day of November, 2022, upon consideration of this case's docket, it is **ORDERED** that the parties shall provide the Court with a joint status update concerning the case, including the parties' preparations and readiness for the scheduled bench trial, on or before **December 2, 2022**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE