UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UMOJA ERECTORS, LLC** | : | |
| Plaintiff, | : | C. A. NO.: 2-20 CV 05046 |
| | : | |
| v. | : | |
| | : | |
| **D.A. NOLT** | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

Defendant's Counsel Jennifer Budd and Plaintiff's Counsel Tsiwen M. Law have discussed settlement proposals with their respective clients and with each other over the last two weeks and have reached an impasse. As a result a bench trial will be needed to resolve this dispute. The parties expect a trial to last three days.

Plaintiff proposes a motion to amend its first count in the complaint to correct the statutory citations for the Prompt Pay Act (62 Pa C.S. §3931) and corresponding corrections to the Plaintiff's proposed conclusion of law. Due to some issues regarding the chargeback issues on RFIs raised by Defendant, Plaintiff will subpoena the D.J. Keating site inspector/superintendent Jim Brasberger to testify.

LAW & ASSOCIATES, LLC.

By: /s/Tsiwen M. Law
Tsiwen M. Law, Esquire
Counsel for the Plaintiff
Umoja Erectors, LLC

COHEN SEGLIAS et al.

By:/s/ Jennifer_Budd
Jennifer Budd, Esquire
Counsel for Defendant
D.A. Nolt,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UMOJA ERECTORS LLC<br>        Plaintiff,<br><br>v.<br><br>D.A. Nolt, Inc.<br>        Defendant | :    CIVIL ACTION NO.: 20 CV- 05046<br>:<br>:<br>:<br>:<br>:<br>: |

## **CERTIFICATE OF SERVICE**

I, Tsiwen M. Law, Counsel for the Plaintiff Umoja Erectors, LLC certify that on December 2, 2022, I served a true and correct copy of the foregoing Joint Status Report upon Counsel of record for the Defendant by and through the court electronic computer filing system.

                                                                       LAW & ASSOCIATES, LLC

                                                                       BY:__/s/Tsiwen M. Law_____
                                                                       Tsiwen M. Law, Esquire
                                                                       Counsel for the Plaintiff
                                                                       Umoja Erectors, LLC