# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UMOJA ERECTORS, LLC** | : | **CIVIL ACTION** |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| | : | |
| **D.A. NOLT, INC., et al.** | : | |
| *Defendant(s).* | : | NO.   20-5046 |

## NOTICE OF HEARING

The **FINAL PRETRIAL CONFERENCE** is scheduled to be held on **January 25, 2023,** at **2:00 p.m.** in **Chambers** (**Rm. 10613**) before the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: January 5, 2023**
**Copies sent via ECF notification.**