IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UMOJA ERECTORS, LLC, <br> *Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| D.A. NOLT, INC., <br> *Defendant* | : <br> : <br> : | No. 20-5046 |

## ORDER

**AND NOW**, this 18 day of January, 2023, upon consideration of Plaintiff's Motion for Leave to Amend Its Complaint (Doc. No. 29), it appearing that the motion is unopposed, it is **ORDERED** that Plaintiff's Motion (Doc. No. 29) is **GRANTED** and Plaintiff shall file its Amended Complaint separately to the case's docket.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1