IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UMOJA ERECTORS, LLC, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| D.A NOLT, INC., *Defendant* | : : : | No. 20-5046 |

## ORDER

AND NOW, this 13th day of April, 2023, upon consideration of the bench trial held on January 30 through February 3, 2023, it is hereby **ORDERED** that the parties shall submit their revised Proposed Findings of Fact and Conclusions of Law, with pin cites to the trial transcripts and exhibits in the record, on or before **May 26, 2023.**

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1