IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UMOJA ERECTORS, LLC,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **D.A. NOLT, INC.,** | : | |
| *Defendant* | : | **NO.   20-5046** |

## NOTICE OF HEARING

**CLOSING ARGUMENT** in a **BENCH TRIAL** is scheduled to be held on **JUNE 22, 2023**, at **1:30 p.m.** in **Courtroom 10B** before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

*s/Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: May 12, 2023**
**Copies sent via ECF notification.**