IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UMOJA ERECTORS, LLC, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| D.A. NOLT, INC. *and* NORTH AMERICAN | : | |
| SPECIALTY INSURANCE COMPANY, | : | No. 20-5046 |
| *Defendants* | : | |

**ORDER**

**AND NOW**, this 15 day of February, 2024, following a non-jury trial between January 30, 2023 and February 2, 2023, and upon consideration of the parties' Proposed Findings of Fact and Conclusions of Law (Doc. Nos. 49, 50, 51, 52, 58, 59), on the basis of the Court's Findings and Conclusions entered this date, it is **ORDERED** that judgment is **ENTERED** in favor of D.A. Nolt Inc., and against Umoja Erectors, LLC.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1